AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JULIUS JAMES LARRY,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

       **v.**

CASE NUMBER: 4:20-cv-152

DARRION MYERS,

       Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated September 1, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Petitioner's petition for writ of habeas corpus is dismissed. A Certificate of Appealability and in forma pauperis on appeal are denied. This case stands closed.

Approved by: _____

| | |
|---|---|
| September 10, 2021 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020